## IN THE MATTER OF THE ESTATE OF ELIZABETH C. FISHER, DECEASED.

Superior Court of New Jersey
Appellate Division

Submitted January 3, 1980—Decided January 17, 1980.

Before Judges LORA, ANTELL and PRESSLER.

*Jack H. Ungar,* attorney for appellant the estate of Elizabeth C. Fisher.

*John J. Degnan,* Attorney General of New Jersey, attorney for respondent State of New Jersey (*Stephen Skillman,* Assistant Attorney General, of counsel; *Robert E. Popkin,* Deputy Attorney General, on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons stated in Judge Lane's formal written opinion in the Law Division which is reported at 165 *N.J.Super.* 122 (Law Div.1978).